DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KIMBERLY ARNOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:07-cr-00039 OWW |
| Plaintiff, | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; AND ORDER THEREON |
| v. | |
| KIMBERLY ARNOLD, | Date:  June 4, 2007<br>Time:  1:30 P.M. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows: motions in the above-captioned matter shall be filed on or before May 14, 2007, responses shall be filed on or before May 29, 2007, and **the hearing on motions now set for April 30, 2007, may be continued to June 4, 2007, at 1:30 P.M.**

The grounds for the continuance are further defense preparation and investigation, and to allow the parties additional time for negotiation.  The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

Case 1:07-cr-00039-OWW   Document 12   Filed 05/01/07   Page 2 of 2

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

          McGREGOR W. SCOTT
          United States Attorney

DATED: April 24, 2007          By:  /s/ Sherrill A. Carvalho
          SHERRILL A. CARVALHO
          Assistant United States Attorney
          Attorney for Plaintiff

          DANIEL J. BRODERICK
          Federal Public Defender

DATED: April 24, 2007          By:  /s/ Francine Zepeda
          FRANCINE ZEPEDA
          Assistant Federal Defender
          Attorneys for Defendant
          KIMBERLY ARNOLD

### **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 27, 2007**          **/s/ Oliver W. Wanger**
          UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions Schedule and
Hearing; Order Thereon          −2−