```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  KIMBERLY ARNOLD
7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00039 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| v. | ) ) | |
| KIMBERLY ARNOLD, | ) ) | Date:  July 23, 2007 Time:  1:30 P.M. |
| Defendant. | ) ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing now set for July 9, 2007, may be continued to July 23, 2007, at 1:30 P.M.**

The grounds for the continuance are further defense preparation and investigation, and to allow the parties additional time for negotiation. The requested continuance will conserve time and resources for all parties and the court.

///
 ///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

DATED: July 3, 2007                        By: /s/ Sherrill A. Carvalho
                                                       SHERRILL A. CARVALHO
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff

                                                  DANIEL J. BRODERICK
                                                  Federal Public Defender

DATED: July 3, 2007                        By: /s/ Francine Zepeda
                                                       FRANCINE ZEPEDA
                                                       Assistant Federal Defender
                                                       Attorneys for Defendant
                                                       KIMBERLY ARNOLD

## **O R D E R**

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: July 5, 2007**                         **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE