DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KIMBERLY ARNOLD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>KIMBERLY ARNOLD,<br><br>  Defendant. | NO. 1:07-cr-00039 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON<br><br>Date:  November 19, 2007<br>Time:  1:30 P.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing now set for October 29, 2007, may be continued to November 19, 2007, at 1:30 P.M.**

The grounds for the continuance are further defense preparation and investigation, and to allow the parties additional time for negotiation.  The requested continuance will conserve time and resources for all parties and the court.

///

 ///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: October 25, 2007        By:  /s/ Sherrill A. Carvalho
                                    SHERRILL A. CARVALHO
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender


DATED: October 25, 2007        By:  /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    KIMBERLY ARNOLD

## O R D E R

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 25, 2007**             /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference Hearing; [Proposed] Order         -2-